LAW OFFICES OF MICHAEL J. EYRE
4000 LONG BEACH BOULEVARD, SUITE 218
LONG BEACH, CALIFORNIA 90807-2617
TELEPHONE: (562) 637-3141
FACSIMILE: (562) 637-3148
MICHAEL J. EYRE, ESQ. STATE BAR NO.: 134618

THE LAW OFFICES OF ALLMEROTH & GARNER
3020 OLD RANCH PARKWAY, SUITE 300
SEAL BEACH, CALIFORNIA 90740-2751
TELEPHONE: (562) 434-0991
FACSIMILE: (562) 600-7848
MARC D. ALLMEROTH, ESQ. STATE BAR NO.: 100032

Attorneys for Plaintiff RASHOD ANDERSON, an individual

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHOD ANDERSON, an individual, | Civil Action No.: |
| Plaintiff, | |
| v. | **ORIGINAL COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT** |
| UNITED STATES OF AMERICA, a governmental entity; and DOES 1 through 10, Inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

**COME NOW** plaintiff RASHOD ANDERSON, an individual, (hereinafter, "plaintiff"), for causes of action against defendants UNITED STATES OF AMERICA, a governmental entity; and DOES 1 through 10, Inclusive, and each of them, complains and alleges as follows:

///

///

-1-
ORIGINAL COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT

## I.

## JURISDICTION AND VENUE

1. The claims herein are brought against defendant UNITED STATES OF AMERICA, a governmental entity, pursuant to 28 U.S.C. § 2671, *et seq.* (The Federal Tort Claims Act) and 28 U.S.C. § 1346(b)(1), for money damages as compensation for loss of property and personal injuries that were caused by the negligent and wrongful acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to plaintiff in accordance with the laws of the State of California, as more fully discussed below. Jurisdiction is based on 28 U.S.C. §§ 1331, 1343 and 1346(b)(1).

2. Venue is proper in this district because all, or a substantial part of the acts and omissions forming the basis of these claims, occurred in the Central District of California.

## II.

## CLAIM FOR RELIEF

**PARTIES:**

**A.   Plaintiff**

3. At all relevant times herein, plaintiff RASHOD ANDERSON, is and was an individual and a resident of the State of California, and the lawful owner and operator of a motor vehicle on the public highways who was caused to suffer injuries and damages negligently caused by the employees of defendants, and each of them, as alleged herein.

**B.   Defendants**

4. At all relevant times herein mentioned, defendant UNITED STATES OF AMERICA, a governmental entity, operated the United States Postal Service. Under the Postal Reorganization Act (39 U.S.C. §101, *et seq.*), the United States Postal Service is "an independent establishment of the executive branch of the Government of the United States." See, 39 U.S.C. § 201; *Dolan v. United States Postal Service, et al.*, 546 U.S. 481, 483-484 [126 S.Ct. 1252; 163 L.Ed.2d 1079] (2006).

/ / /

5. The true names and capacities, whether individual, corporate, associate government or otherwise, of defendants DOES 1 through 10, inclusive, and each of them, are unknown to plaintiff, who therefore sues said defendants by such fictitious names, and plaintiff will seek leave of the court to amend this complaint to insert their true names or capacities when the same have been ascertained.

6. Plaintiff is informed and believes, and on such information and belief alleges, that at all times herein mentioned, each defendant was the agent, servant and/or employee of the remaining defendants, and in doing the things alleged herein, was acting in the scope of his, her or its authority as such agent, servant, and/or employee, and with the permission and consent and knowledge, either express or implied, of the remaining defendants.

**FACTS**

7. On or about March 7, 2019, shortly before 5:00 p.m., plaintiff was operating a 2017 Honda Accord automobile (VIN 1HGCR2F39HA21431S), bearing California license number 7ZQY014, in a westbound direction of the number two lane of Florence Avenue, in the City of Santa Fe Springs, County of Los Angeles, State of California, intent on making a right turn onto Norwalk Boulevard. At said time and place, defendants UNITED STATES OF AMERICA, a governmental entity; and DOES 1 through 10, inclusive, and each of them, through their employee, Leiping Ho Valencia, owned, operated, maintained, managed and/or controlled a certain Grumman Long Life Vehicle ("LHV"), bearing United States Postal Service number 0218317, in a manner that was careless and negligent, so as to proximately cause their vehicle to collide with the vehicle owned and operated by plaintiff, which collision led to the injuries and damages plaintiff alleges herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

ORIGINAL COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT

## FIRST AND SOLE CAUSE OF ACTION FOR NEGLIGENCE
### (By All Plaintiffs Against All Defendants)

8.     Plaintiff reasserts and realleges, and incorporates herein by reference as though set forth fully and at length, each and every allegation set forth in paragraphs 1 through 7, above.

9.     As a direct, proximate and legal result of the carelessness and negligence of defendants, and each of them, and the resulting collision, plaintiff was caused to suffer and did sustain severe injuries and damages, which injuries caused plaintiff great mental and physical pain and suffering.  Plaintiff is informed and believes, and thereon alleges, that said injuries will result in some permanent disability, all to his general damage in an amount to be proven at time of trial.

10.     As a further, direct, proximate and legal result of said carelessness and negligence of the defendants, and each of them, plaintiff was required to and did employ physicians and surgeons to examine, treat and care for him, and incurred additional medical expenses for hospital bills and other incidental medical expenses, in an amount currently totaling $12,217.00. Plaintiff is informed and believes, and on such information and belief alleges, that he may incur additional medical expenses in an amount to be shown according to proof.

11.     As a further proximate result of the negligence and carelessness of defendants, and each of them, plaintiff sustained property damage to his vehicle, as well as damages for loss of use of his vehicle, in the approximate amount of $11,573.42, and as according to proof at time of trial.

## III.
## PRAYER FOR RELIEF

**WHEREFORE**, plaintiff prays for judgment against defendants, and each of them, as follows:

1.     For general and compensatory damages, including pain and suffering, as according to proof at time of trial;

2.     For medical and related expenses in the sum no less than $12,217.00; and as according to proof at time of trial;

3.     For property damage and loss of use of property, in the sum of $11,573.42, and as according to proof at time of trial;

8.     For costs of suit incurred herein; and

9.     For such other and further relief as the court may deem proper.

Dated: October 5, 2020          Respectfully submitted,

LAW OFFICES OF MICHAEL J. EYRE

*/s/ Michael J. Eyre*

By:   /MICHAEL J. EYRE
Attorneys for Plaintiff RASHOD ANDERSON, an individual

4000 Long Beach Boulevard, Suite 218
Long Beach, California 90807-2617
Telephone: (562) 637-3141
e-mail: michael@eyrelaw.com

Dated: October 5, 2020          THE LAW OFFICES OF ALMEROTH & GARNER

*/s/ Marc D. Almeroth*

By:   MARC D. ALMEROTH
Attorneys for Plaintiff RASHOD ANDERSON, an individual

3020 Old Ranch Parkway, Suite 300
Seal Beach, California 90740-2752
Telephone: (562) 434-0991
e-mail: mdallmerothlaw@gmail.com

ORIGINAL COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and Rule 38-1, Local Rules, United States District Court, Central District of California, plaintiff demands a jury trial for all issues so triable pleaded herein.

Dated: October 5, 2020                    Respectfully submitted,

                                          LAW OFFICES OF MICHAEL J. EYRE

                                          By:  /MICHAEL J. EYRE
                                          Attorneys for Plaintiff RASHOD ANDERSON,
                                          an individual

                                          4000 Long Beach Boulevard, Suite 218
                                          Long Beach, California  90807-2617
                                          Telephone:  (562) 637-3141
                                          e-mail:  michael@eyrelaw.com

Dated: October 5, 2020                    THE LAW OFFICES OF ALMEROTH & GARNER

                                          By:    MARC D. ALMEROTH
                                          Attorneys for Plaintiff RASHOD ANDERSON, an
                                          individual

                                          3020 Old Ranch Parkway, Suite 300
                                          Seal Beach, California  90740-2752
                                          Telephone:  (562) 434-0991
                                          e-mail:  mdallmerothlaw@gmail.com

ORIGINAL COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT

**(PROOF OF SERVICE – Code Civ. Proc., §§ 1013a and 2015.5)**

STATE OF CALIFORNIA           )
                              )  ss.
COUNTY OF LOS ANGELES         )

I, **MICHAEL J. EYRE**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Law Offices of Michael J. Eyre, 4000 Long Beach Boulevard, Suite 218, Long Beach, California 90807-2617. On **October 5, 2020**, I served the foregoing document described as **ORIGINAL COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT** on *Interested Parties* by placing:

( )  the original addressed to propounding party (and)
(X)  a true copy thereof enclosed in a sealed envelope addressed as stated
( ) below  (X) on the attached mailing list.

*  *  *  *SEE ATTACHED SERVICE LIST*  *  *  *

*Sent Via Certified Mail, Return Receipt Requested*

By mailing as follows: I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 5, 2020**, at Long Beach, California.

_____  (State)      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXXXX   (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
**MICHAEL J. EYRE**

-7-
ORIGINAL COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT

# SERVICE LIST

Civil Process Clerk  *Attorney for Defendant UNITED STATES*
**UNITED STATES ATTORNEY'S OFFICE**  *OF AMERICA, a governmental entity*
**FEDERAL BUILDING**
300 N. Los Angeles Street, Suite 7516
Los Angeles, California 90012

ORIGINAL COMPLAINT FOR DAMAGES UNDER FEDERAL TORT CLAIMS ACT